**COLIN M. PAGE & ASSOCIATES**
2001 Route 46, Suite 310
Parsippany, NJ 07054
P: 973-794-6188 | F: 973-201-2209
colin@cmpemploymentlaw.com
Attorneys for Plaintiffs

| | |
|---|---|
| KATHERINE WILD and DEBORAH SMITH,<br><br>Plaintiffs,<br><br>v.<br><br>PEDIATRIC SERVICES OF AMERICA, INC.,<br><br>Defendant. | UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY<br><br>Civil Action No. 2:17-cv-00837 (KSH)(CLW)<br><br>**STIPULATION OF DISMISSAL** |

This matter having been amicably resolved by the parties at mediation, the Plaintiffs Katherine Wild and Deborah Smith hereby dismiss their Complaint against Defendant Pediatric Services of America, Inc. with prejudice and without costs or fees.

| | |
|---|---|
| Colin M. Page & Associates<br>2001 Route 46, Suite 310<br>Parsippany, NJ 07054<br>Counsel for Plaintiffs, Deborah Smith and Katherinie Wild | Elarbee Thompson, Sapp & Wilson, LLP<br>800 International Tower<br>229 Peachtree Street, NE<br>Atlanta, GA 30303<br>Counsel for Defendant, Pediatric Services of America, Inc. |
| /s/ Colin M. Page | /s/ Patrick L. Lail |
| Colin M. Page, Esq. | Patrick L. Lail, Esq. |
| Dated: August 11, 2017 | Dated: August 11, 2017 |

So ordered: 8/14/17

*[signature]*